UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10120 PBS

_____

ALFRED ARCIDI

      Plaintiff

v.

J. OWEN TODD; KEVIN T. PETERS
      d/b/a Todd & Weld, LLP

      Defendant

_____

**PLAINTIFF S MOTION TO CONTINUE HEARING/
ASSENTED TO**

Because Plaintiff s Counsel is presently on trial in Suffolk Superior Court and may not be available the afternoon of 6 April 2005, Plaintiff moves that the Motion hearing scheduled for the afternoon of 6 April be continued. Defendants assent to this Motion and state that Defense Counsel is available for a new hearing date any time on 11 or 13 April 2005. Plaintiff s Counsel is available on such dates also.

Plaintiff by his attorney,

/s/ Valeriano Diviacchi
Valeriano Diviacchi
BBO# 555940
Diviacchi Law Office
59 Temple Place    Suite 507
Boston, MA 02111
(617) 542-3175                                        Date: 9 March 05
fax: (617) 542-3110
e-mail: val@diviacchi.com

1

Defendants by their attorney


/s/ Steven J. Bolotin by /s/ Valeriano Diviacchi
ATTY STEVEN J. BOLOTIN
MORRISON MAHONEY ET AL
250 SUMMER STREET
BOSTON, MA 02210-1181