UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10120 PBS

_____

ALFRED ARCIDI

    Plaintiff

v.

J. OWEN TODD; KEVIN T. PETERS
    d/b/a Todd & Weld, LLP

    Defendant

_____

NOTICE OF FILING WITH CLERK S OFFICE

Notice is hereby given that the documents, exhibits, and attachments listed below have been manually filed with the Court and are available in paper form only.

AFFIDAVIT OF ALFRED L. ARCIDI WITH ATTACHMENTS

FILED IN COMPLIANCE WITH THE

COURT S ORDER OF 8 JUNE 2005

    Plaintiff by his attorney,

    /s/ Valeriano Diviacchi
    Valeriano Diviacchi
    BBO#555940
    Diviacchi Law Office
    59 Temple Place   Suite 507
    Boston, MA 02111
    (617) 542-3175    Date: