UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alfred Arcidi
    Plaintiff,      CIVIL ACTION
                NO. 05-10120-PBS
  v.

J. Owen Todd, et al
    Defendants.

## NOTICE OF HEARING

SARIS, U.S.D.J.                 September 8, 2005

  TAKE NOTICE that the above-entitled case has been set for a Hearing re: Objection to Report and Recommendation on Motion to Dismiss and/or Stay Proceedings on **September 21, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                 By the Court,

                 /s/ Robert C. Alba
                 Deputy Clerk

Copies to: All Counsel