UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10120 PBS

_____

ALFRED ARCIDI

    Plaintiff

v.

J. OWEN TODD; KEVIN T. PETERS
    d/b/a Todd & Weld, LLP

    Defendant
_____

STIPULATION OF DISMISSAL

    The Parties hereby stipulate to the Dismissal of this Action with prejudice, without costs, and waiving all rights of appeal.

Plaintiff by his attorney,

/s/ Valeriano Diviacchi
Valeriano Diviacchi
BBO# 555940
Diviacchi Law Office
59 Temple Place   Suite 507
Boston, MA 02111
(617) 542-3175                                      Date: 9 March 05
fax: (617) 542-3110
e-mail: val@diviacchi.com

Defendants by their attorney

/s/ Steven J. Bolotin
ATTY STEVEN J. BOLOTIN
MORRISON MAHONEY ET AL
250 SUMMER STREET
BOSTON, MA 02210-1181